UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :           WAIVER OF INDICTMENT
            - v. -                  :
                                    :           08 Cr. 647
JAMES CASTALDO,                     :
                                    :           *J. Karas* (signature)
            Defendant.              :
------------------------------------x

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 666 and 1349, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

_____
JAMES CASTALDO
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
       July 16, 2008